UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-22079 – Ungaro/Otazo-Reyes

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES A. BURKS, M.D., and JAMES D. DAVENPORT, M.D., | ) ) ) ) |
| Plaintiffs/Relators, | ) ) |
| vs. | ) ) |
| JOHN R. DYLEWSKI, M.D., BAPTIST HEALTH SOUTH FLORIDA, INC. d/b/a BAPTIST HEALTH SOUTH FLORIDA, and d/b/a MIAMI CARDIAC & VASCULAR INSTITUTE; BAPTIST HOSPITAL OF MIAMI, INC.; and SOUTH MIAMI HOSPITAL, INC., d/b/a SOUTH MIAMI HEART CENTER, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**BAPTIST DEFENDANTS' OPPOSITION TO RELATORS' MOTION TO RE-SEAL RELATORS' COMPLAINT**

Defendants Baptist Health South Florida, Inc. d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute; Baptist Hospital of Miami, Inc.; and South Miami Hospital, Inc., d/b/a South Miami Heart Center (hereinafter, "Baptist Defendants") oppose Relators' motion to re-seal Relators' original complaint. Relators offer no basis whatsoever for seeking to re-seal their original complaint, and continued sealing of that complaint is contrary to False Claims Act case law. *See, e.g., United States ex rel. Schweizer v. Oce*, *N.V.*, 577 F. Supp. 2d 169 (D.D.C. 2008) (ordering unsealing of original complaint and attachments).

Although undersigned counsel has only just been retained, it appears that Relators' original complaint may be even more thin and unsupported than their amended complaint. Among other things, the original complaint may not contain allegations or claims

that Relators added to their amended complaint. It may well be that Relators are not original sources of at least some of the allegations in their amended complaint, but learned information only from the Department of Justice sharing information with Relators (the Department of Justice has confirmed it has in fact shared documents with Relators), or from other sources, after the original complaint was filed. The Baptist Defendants have a right to evaluate this and other potential defenses, and Relators have offered no basis for re-sealing of the original complaint. Although there may be a basis to seal other confidential information in this case such as trade secrets or sensitive commercial information, protected health information, or other confidential information, the Court can evaluate whether the original complaint contains any information that is not already reflected in the amended complaint; if not, then there is no basis for unsealing the amended complaint but not the original complaint. The Baptist Defendants therefore respectfully request that this Court deny Relators' motion to re-seal their original complaint.

/s/ Michael P. Matthews
Michael P. Matthews
Florida Bar No. 63988
mmatthews@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone (813) 225-4131
Facsimile (813) 221-4210

*Counsel for Defendants Baptist Health South Florida, Inc. d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute; Baptist Hospital of Miami, Inc.; and South Miami Hospital, Inc., d/b/a South Miami Heart Center*

4826-5748-1006.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 1, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel listed on the attached Service List.

/s/ Michael Matthews
Michael Matthews

SERVICE LIST
Burks, et al. vs. Dylewski, et al.
Case No. 1:14-cv-22079 –Ungaro/Otazo-Ryes

Tod Aronovitz
ta@aronovitzlaw.com
Barbara Perez
bp@aronovitzlaw.com
ARONOVITZ LAW
One Biscayne Tower
Suite 3700
2 South Biscayne Boulevard
Miami, FL 33131
(305) 372-2772 Telephone
(305) 397-1886 Facsimile

Spencer Aronfeld
aronfeld@aronfeld.com
ARONFELD TRIAL LAWYERS, P.A.
3132 Ponce de Leon Boulevard
Coral Gables, Florida 33134
(305) 441-0440 Telephone
(305) 441-0198 Facsimile


**Attorneys for USA:**
John C. Spaccarotella
John.Spaccarotella@usdoj.gov
Assistant U.S. Attorney
Southern District of Florida
99 NE 4th Street, Third Floor Miami
Florida 33132
(305) 961-9212 Telephone