AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ex rel., James A. Burks, et al.<br><br>*Plaintiff(s)*<br>v.<br><br>John R. Dylewski, M.D., Baptist Health South Florida, Inc., d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 14-cv-22079-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  South Miami Hospital, Inc. d/b/a South Miami Heart Center
By Serving:  David R. Friedman, as Registered Agent
6855 Red Road, Suite 500
Coral Gables, FL 33143

(PLEASE NOTE:  Also attached hereto is this Court's Order Setting Planning and Scheduling Conference [D.E. 52])

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tod Aronovitz, Esq. / Barbara Perez, Esq.          Spencer Aronfeld, Esq.
ARONOVITZ LAW                                       ARONFELD TRIAL LAWYERS
One Biscayne Tower, Suite 3700                      3132 Ponce de Leon Boulevard
2 South Biscayne Boulevard                          Coral Gables, FL 33134
Miami, FL  33131                                    Telephone: (305) 441-0440
Telephone: (305) 372-2772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: _____Mar 2, 2016_____

s/ Lorraine Sandelin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ex rel., James A. Burks, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> John R. Dylewski, M.D., Baptist Health South Florida, Inc., d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc., et al. <br><br> *Defendant(s)* | Civil Action No. 14-cv-22079-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Baptist Health South Florida, Inc. d/b/a Miami Cardiac & Vascular Institute
By Serving:  David R. Friedman, as Registered Agent
6855 Red Road, Suite 500
Coral Gables, FL 33143

(PLEASE NOTE:  Also attached hereto is this Court's Order Setting Planning and Scheduling Conference [D.E. 52])

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tod Aronovitz, Esq. / Barbara Perez, Esq.   Spencer Aronfeld, Esq.
ARONOVITZ LAW   ARONFELD TRIAL LAWYERS
One Biscayne Tower, Suite 3700   3132 Ponce de Leon Boulevard
2 South Biscayne Boulevard   Coral Gables, FL 33134
Miami, FL  33131   Telephone: (305) 441-0440
Telephone: (305) 372-2772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 2, 2016

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America, ex rel., James A. Burks, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> John R. Dylewski, M.D., Baptist Health South Florida, Inc., d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc., et al. <br><br> *Defendant(s)* | Civil Action No. 14-cv-22079-UU |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  John R. Dylewski, M.D.
6705 Red Road, Suite 500
Coral Gables, FL 33143

(PLEASE NOTE:  Also attached hereto is this Court's Order Setting Planning and Scheduling Conference [D.E. 52])

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tod Aronovitz, Esq. / Barbara Perez, Esq.        Spencer Aronfeld, Esq.
ARONOVITZ LAW                                    ARONFELD TRIAL LAWYERS
One Biscayne Tower, Suite 3700                   3132 Ponce de Leon Boulevard
2 South Biscayne Boulevard                       Coral Gables, FL 33134
Miami, FL  33131                                 Telephone: (305) 441-0440
Telephone: (305) 372-2772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 2, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, ex rel., James A. Burks, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> John R. Dylewski, M.D., Baptist Health South Florida, Inc., d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc., et al. <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 14-cv-22079-UU |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Baptist Health South Florida, Inc. d/b/a Baptist Health South Florida
By Serving: David R. Friedman, as Registered Agent
6855 Red Road, Suite 500
Coral Gables, FL 33143

(PLEASE NOTE: Also attached hereto is this Court's Order Setting Planning and Scheduling Conference [D.E. 53])

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tod Aronovitz, Esq. / Barbara Perez, Esq.       Spencer Aronfeld, Esq.
ARONOVITZ LAW                                    ARONFELD TRIAL LAWYERS
One Biscayne Tower, Suite 3700                   3132 Ponce de Leon Boulevard
2 South Biscayne Boulevard                       Coral Gables, FL 33134
Miami, FL 33131                                  Telephone: (305) 441-0440
Telephone: (305) 372-2772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 2, 2016

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America, ex rel., James A. Burks, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>John R. Dylewski, M.D., Baptist Health South Florida, Inc., d/b/a Baptist Health South Florida, and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 14-cv-22079-UU |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Baptist Hospital of Miami, Inc.
By Serving: David R. Friedman, as Registered Agent
6855 Red Road, Suite 500
Coral Gables, FL 33143

(PLEASE NOTE:  Also attached hereto is this Court's Order Setting Planning and Scheduling Conference [D.E. 52])

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tod Aronovitz, Esq. / Barbara Perez, Esq.  Spencer Aronfeld, Esq.
ARONOVITZ LAW  ARONFELD TRIAL LAWYERS
One Biscayne Tower, Suite 3700  3132 Ponce de Leon Boulevard
2 South Biscayne Boulevard  Coral Gables, FL 33134
Miami, FL  33131  Telephone: (305) 441-0440
Telephone: (305) 372-2772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 2, 2016

Steven M. Larimore
Clerk of Court

*s/ Lorraine Sandelin*
Deputy Clerk
U.S. District Courts