UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-22079-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA *ex rel.*
JAMES A. BURKS, M.D. and JAMES D.
DAVENPORT, M.D.

    Plaintiffs,

v.

JOHN R. DYLEWSKI, M.D., BAPTIST
HEALTH SOUTH FLORIDA, INC. d/b/a
BAPTIST HEALTH SOUTH FLORIDA,
and d/b/a/ MIAMI CARDIAC &
VASCULAR INSTITUTE; BAPTIST
HOSPITAL OF MIAMI, INC.; and SOUTH
MIAMI HOSPITAL, INC. d/b/a/ SOUTH
MIAMI HEART CENTER,

    Defendants.
_____/

## THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO PARTIALLY INTERVENE TO EFFECTUATE SETTLEMENT WITH DEFENDANT SOUTH MIAMI HOSPITAL

Pursuant to 31 U.S.C. § 3730(c)(3) and Rule 24(b) of the Federal Rules of Civil Procedure, the United States respectfully moves this Court to allow the United States to partially intervene for settlement purposes as to Defendant South Miami Hospital, Inc. d/b/a South Miami Heart Center, which settlement will result in dismissal with prejudice of all claims against Baptist Health South Florida, Inc. d/b/a Baptist Health South Florida, and d/b/a/ Miami Cardiac & Vascular Institute; Baptist Hospital of Miami, Inc.; and South Miami Hospital, Inc. d/b/a South Miami Heart Center (collectively, "Defendant Hospitals"). Relators, Defendant Hospitals, and Defendant John R. Dylewski, M.D., support this motion.

The United States is not intervening at this time as to any claims against Defendant John R. Dylewski, M.D. ("Defendant Dylewski"). The United States has reached a settlement in principle with Defendant Dylewski and is diligently working to finalize that agreement, and upon execution of the agreement intends to file a separate motion to intervene to effectuate settlement with Defendant Dylewski.

Should the Court approve the United States' unopposed motion to intervene to effectuate settlement with South Miami Hospital, the United States, Relators and Defendant Hospitals intend to file a Joint Stipulation of Dismissal with Prejudice of all pending claims against Defendant Hospitals, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, upon full payment of the settlement amount to the United States by South Miami Hospital. The Settlement Agreement requires South Miami Hospital to transfer the settlement payment to the United States no later than fourteen (14) days after the effective date of the settlement agreement.

Dated: November 10, 2016                    Respectfully submitted,

                                                             WIFREDO A. FERRER
                                                             UNITED STATES ATTORNEY

                                                             */s/ John Spaccarotella*
                                                             JOHN SPACCAROTELLA
                                                             ASSISTANT UNITED STATES ATTORNEY
                                                             Fla. Bar No. A5502142
                                                             99 NE 4th Street, Suite 300,
                                                             Miami, FL 33132
                                                             Phone: (305) 961-9212
                                                             Fax: (305) 530-7139
                                                             E-mail: John.Spaccarotella@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

                                                  */s John Spaccarotella*
                                                  John Spaccarotella
                                                  Assistant United States Attorney