UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-CV-22079 – Ungaro/Otazo-Reyes

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES A. BURKS, M.D., and JAMES D. DAVENPORT, M.D., | ) ) ) ) |
| Plaintiffs/Relators, | ) ) |
| vs. | ) ) ) |
| JOHN R. DYLEWSKI, M.D., BAPTIST HEALTH SOUTH FLORIDA, INC. d/b/a BAPTIST HEALTH SOUTH FLORIDA, and d/b/a MIAMI CARDIAC & VASCULAR INSTITUTE; BAPTIST HOSPITAL OF MIAMI, INC.; and SOUTH MIAMI HOSPITAL, INC., d/b/a SOUTH MIAMI HEART CENTER, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(l), and the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff the United States of America, Relators James A. Burks, M.D. and James D. Davenport, M.D., and Defendants Baptist Health of South Florida, Inc. d/b/a Baptist Health South Florida and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc. d/b/a South Miami Heart Center, it is hereby

ORDERED AND ADJUDGED that all claims against Defendants Baptist Health South Florida, Inc. d/b/a Baptist Health South Florida and d/b/a Miami Cardiac & Vascular Institute, Baptist Hospital of Miami, Inc., and South Miami Hospital, Inc. d/b/a South Miami Heart Center are hereby dismissed with prejudice. This Court shall retain jurisdiction to enforce the terms, conditions and releases of the settlement to the extent reasonably necessary and appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this １ day of Dec., 2016.

THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record