UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-CV-22079 – UNGARO/OTAZO-REYES

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JAMES A. BURKS, M.D., and JAMES D. DAVENPORT, M.D., <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> JOHN R. DYLEWSKI, M.D., BAPTIST HEALTH SOUTH FLORIDA, INC. d/b/a BAPTIST HEALTH SOUTH FLORIDA, and d/b/a MIAMI CARDIAC & VASCULAR INSTITUTE; BAPTIST HOSPITAL OF MIAMI, INC.; and SOUTH MIAMI HOSPITAL, INC., d/b/a SOUTH MIAMI HEART CENTER, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(l), and the Joint Stipulation of Dismissal filed by the United States of America ("USA"), James A. Burks, M.D. ("Burks"), James D. Davenport, M.D. ("Davenport"), and John R. Dylewski, M.D. ("Dylewski"), it is hereby ORDERED AND ADJUDGED that all claims against Dylewski are hereby dismissed, with prejudice as to Burks and Davenport and without prejudice as to the USA.

This Court shall retain jurisdiction to enforce the terms, conditions and releases provided in the Settlement Agreement effective December 22, 2016 among Burks, Davenport and Dylewski.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of Jan, 2017.

THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record